A. James Isbester (SBN 129820)
Benjamin M. Kleinman (SBN 261846)
S. Emma Lee (SBN 344074)
Kathleen Rose Geyer (*pro hac vice*)
KILPATRICK TOWNSEND &
STOCKTON LLP
1225 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: 415 576 0200
Facsimile: 415 576 0300
jisbester@kilpatricktownsend.com
bkleinman@kilpatricktownsend.com
elee@kilpatricktoensend.com
kgeyer@kilpatricktownsend.com

*Attorneys for Defendant*
*Orbis Intelligent Systems, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOLOGICS, LLC, MUELLER INTERNATIONAL, LLC, and MUELLER CANADA, LTD. d/b/a ECHOLOGICS,<br><br>Plaintiffs,<br><br>v.<br><br>ORBIS INTELLIGENT SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:21-cv-01147-RBM-AHG<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: June 22, 2021<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Ruth Bermudez Montenegro |

PLEASE TAKE NOTICE that attorney S. Emma Lee hereby enters his appearance in this matter as counsel for Defendant, Orbs Intelligent Systems, Inc. ("Orbis"), and is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matter on behalf of Orbis.

DATED: October 20, 2022  Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ S. Emma Lee
S. EMMA LEE

Attorneys for Defendant
Orbs Intelligent Systems, Inc.