

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ECHOLOGICS, LLC, et al.

**Plaintiff,**

v.

ORBIS INTELLIGENT SYSTEMS, INC.

**Defendant.**

Case No. **3:21-cv-01147-RBM-AHG**

## PRO HAC VICE APPLICATION

Orbis Intelligent Systems, Inc.
Party Represented

I, ___Dario A. Machleidt___ hereby petition the above entitled court to permit me
        (Applicant)

to appear and participate in this case and in support of petition state:

My firm name:    Kilpatrick Townsend & Stockton LLP

Street address:    1420 Fifth Avenue, Suite 3700

City, State, ZIP:    Seattle, WA  98101

Phone number:    (206) 467-9600

Email:    dmachleidt@kilpatricktownsend.com

That on ___11/12/2009___ I was admitted to practice before ___Washington Supreme Court___
     (Date)                                               (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☒ have)  ☐ have not)   concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case   Kaotica IP Corp. v. Iconic Mars Corporation, et al.

Case Number   3:21-cv-00433-CAB-DEB      Date of Application   05/09/2022

Application:  ☒ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

A. James Isbester                      (858) 350-6100
(Name)                                       (Telephone)

Kilpatrick Townsend & Stockton LLP
(Firm)

12255 El Camino Real            San Diego          92130
(Street)                            (City)                  (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)