KYLE HARRIS LLP

John S. Kyle, Esq. (SBN 199196)
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106
Tel:  (619) 600-0086
Fax:  (619) 600-5144
jkyle@klhipbiz.com

TAYLOR ENGLISH DUMA LLP

Todd E. Jones (*pro hac vice*)
Coby S. Nixon (*pro hac vice*)
Seth Trimble (*pro hac vice*)
Cory Mull (*pro hac vice*)
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Tel: (770) 434-6868
Fax: (404) 434-7376
tjones@taylorenglish.com
cnixon@taylorenglish.com
strimble@taylorenglish.com
cmull@taylorenglish.com

*Attorneys for Plaintiffs*
*Echologics, LLC,*
*Mueller International, LLC, and*
*Mueller Canada, Ltd. d/b/a*
*Echologics*

KILPATRICK TOWNSEND & STOCKTON LLP

A. James Isbester (SBN 129820)
1225 El Camino Real, Suite 250
San Diego, CA 92130
Tel: (415) 576-0200
Fax: (415) 576-0300
jisbester@kilpatricktownsend.com

Dario Machleidt (*pro hac vice*)
Kathleen R. Geyer (*pro hac vice*)
1420 Fifth Avenue
Seattle, WA 98101
Tel: (206) 224-2857
Fax: (206) 374-2199
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com

Benjamin Kleinman (SBN 261846)
S. Emma Lee (SBN 34074)
Two Embarcadero Center, Ste. 1900
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
bkleinman@kilpatricktownsend.com
elee@kilpatricktownsend.com

*Attorneys for Defendant*
*Orbis Intelligent Systems, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOLOGICS, LLC, MUELLER INTERNATIONAL, LLC, and MUELLER CANADA, LTD. d/b/a ECHOLOGICS,<br><br>Plaintiffs,<br><br>v.<br><br>ORBIS INTELLIGENT SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:21-cv-01147-H-AHG<br><br>**JOINT MOTION TO DISMISS**<br><br>Complaint Filed: June 22, 2021<br><br>Judge:  Hon. Marilyn L. Huff |

Having entered into a confidential settlement, Plaintiffs Echologics, LLC, Mueller International, LLC, and Mueller Canada, Ltd. d/b/a Echologics and Defendant Orbis Intelligent Systems, Inc., by and through their undersigned counsel, hereby jointly move, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss with prejudice all of the claims and counterclaims asserted in this action.

The parties agree to bear their own costs, expenses, and attorneys' fees.

Dated:  August 21, 2023

**KYLE HARRIS LLP**

By:  */s/ Coby S. Nixon*
John S. Kyle
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106
Tel:  (619) 600-0086
Fax:  (619) 600-5144
jkyle@klhipbiz.com


**TAYLOR ENGLISH DUMA LLP**
Todd E. Jones (*pro hac vice*)
Coby S. Nixon (*pro hac vice*)
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Tel: (770) 434-6868
Fax: (404) 434-7376
tjones@taylorenglish.com
cnixon@taylorenglish.com

*Attorneys for Plaintiffs
Echologics, LLC,
Mueller International, LLC, And
Mueller Canada, Ltd. d/b/a Echologics*


**KILPATRICK TOWNSEND & STOCKTON LLP**

1
2
3      By:   */s/ Kathleen R. Geyer*
       A. James Isbester (SBN 129820)
4      1225 El Camino Real, Suite 250
       San Diego, CA 92130
5      Tel: (415) 576-0200
6      Fax: (415) 576-0300
       jisbester@kilpatricktownsend.com
7
8      Dario Machleidt (*pro hac vice*)
       Kathleen R. Geyer (*pro hac vice*)
9      1420 Fifth Avenue
10     Seattle, WA 98101
       Tel: (206) 224-2857
11     Fax: (206) 374-2199
12     dmachleidt@kilpatricktownsend.com
       kgeyer@kilpatricktownsend.com
13
14     Benjamin Kleinman (SBN 261846)
       S. Emma Lee (SBN 34074)
15     Two Embarcadero Center, Ste. 1900
16     San Francisco, CA 94111
       Tel: (415) 576-0200
17     Fax: (415) 576-0300
18     bkleinman@kilpatricktownsend.com
       elee@kilpatricktownsend.com
19
20     *Attorneys for Defendant and Counter-claimant Orbis Intelligent Systems, Inc.*
21
22
23
24
25
26
27
28