UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOLOGICS, LLC; MUELLER INTERNATIONAL, LLC; and MUELLER CANADA, LTD., d/b/a Echologics,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ORBIS INTELLIGENT SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-01147-H-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 170.] |

　　On August 21, 2023, the parties filed a joint motion to dismiss with prejudice all of the claims and counterclaims asserted in this action pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 170.) The joint motion also states that the parties agree to bear their own costs, expenses, and attorneys' fees. (Id.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses all claims and counterclaims asserted in this action with prejudice. Each party will bear its own costs and attorneys' fees. The Clerk is directed to close the case.

　　**IT IS SO ORDERED.**

DATED: August 21, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT